JS-6

# United States District Court
## Central District of California

MIRIAM MALDONADO,

    Plaintiff,

    v.

R PARTNERS, LLC, et al.,

    Defendants.

Case No. CV 20-07694-VAP (MAAx)

**ORDER OF DISMISSAL**

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated:  November 17, 2020

                                        VIRGINIA A. PHILLIPS
                                        United States District Judge